**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1540**

———————————

KENNETH LEE CROW,

 Plaintiff - Appellant,

 versus

LAURA A. HADEN, Family Law Master Region I,

 Defendant - Appellee.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Chief District Judge.  (CA-00-33-5)

———————————

Submitted:  June 15, 2000          Decided:  June 21, 2000

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kenneth Lee Crow, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Lee Crow appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint alleging violations of his civil rights. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Crow v. Haden, No. CA-00-33-5 (N.D.W. Va. Mar. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED